Joseph P. Cervini, Jr. (JC-6143)
Sarah J. Greenberg (SG-1824)
TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue
New York, New York 10022
(212) 754-9400
*Attorneys for Defendant*
*A.V. Diamonds, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GOLD STAR JEWELLERY, LLC, GOLD STAR JEWELLERY, LTD, and ALKES SHAH<br><br>Plaintiffs,<br><br>-against-<br><br>A.V. DIAMONDS, INC.,<br><br>Defendant. | 09 Civ. 2816 (SHS)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Joseph P. Cervini Jr., dated May 5, 2009, and upon the exhibits attached thereto, the accompanying Memorandum of Law, and the pleadings herein, defendant A.V. Diamonds, Inc., will move this Court, before Hon. Sidney H. Stein, United States District Judge, for an order, pursuant to the first-to-file rule dismissing plaintiffs' complaint in its entirety, or, in the alternative, transferring the action to the United States District Court for the Southern District of Texas, or staying this action, and such other and further relief in favor of defendant that the Court deems just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York, New York
       May 5, 2009

                                        TODTMAN, NACHAMIE, SPIZZ
                                              & JOHNS, P.C.


                                        By:  s/ Joseph P. Cervini, Jr.
                                             Joseph P. Cervini, Jr. (JC-6143)
                                             Sarah J. Greenberg (SG-1824)

                                             425 Park Avenue
                                             New York, New York 10020
                                             (212) 754-9400

                                        *Attorneys for Defendant*
                                        *A.V. Diamonds, Inc.*

Of counsel:

Samer Al-Azem, Esq.
The Azem Firm
2425 West Loop South, Suite 200
Houston, Texas 77027
(713) 355-5527

246683

2